THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 In the Interest of Russell James B., a minor under the Age of Seventeen, Appellant.
 
 
 

Appeal From Pickens County
 Wayne M. Creech, Circuit Court Judge

Memorandum Opinion No.  2007-MO-019
Heard March 7, 2007  Filed April 2, 2007  

AFFIRMED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia, and Solicitor Robert M. Ariail, of Greenville, for respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  S.C. Code Ann. § 20-7-7805(A)(3) (Supp. 2006) (when considering the appropriate amount of monetary restitution to be ordered, the family court must establish the monetary loss suffered by the victim and then weigh and consider this amount against the number of individuals involved in causing the monetary loss, the childs particular role in causing this loss, and the childs ability to pay the amount over a reasonable period of time); State v. Cox, 326 S.C. 440, 484 S.E.2d 108 (Ct. App. 1997) (judge has broad discretion in determining the manner, method, and amount of restitution).
AFFIRMED.
TOAL, C.J., MOORE, BURNETT, PLEICONES, JJ., and Acting Justice Edward B. Cottingham, concur.